UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARVIN JENNINGS,<br><br>Plaintiff,<br>v.<br><br>CAPITOL ONE AUTO FINANCE INC.,<br><br>Defendant. | CASE NO. 3:25-cv-06094-DGE<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME (DKT. NO. 10) |

Before the Court is Plaintiff's motion for an extension of time to file an amended complaint. (Dkt. No. 10). Plaintiff is proceeding *pro se* and *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1). (Dkt. No. 6 at 1.) Plaintiff was previously granted leave to amend his complaint no later than August 10, 2026. (Dkt. No. 8 at 5.) Plaintiff did not file an amended complaint by that deadline, and the action was accordingly dismissed without prejudice on August 24, 2026. (Dkt. No. 9.)

On August 28, 2026, Plaintiff filed the instant motion for an extension of time, seeking an additional 30 days in which to file his amended complaint, accompanied by a declaration in

support thereof. (Dkt. Nos. 10, 11.) Plaintiff states he did not receive by mail this Court's July, 9, 2026, order granting him leave to amend and, consequently, was unaware of the August 10, 2026, deadline until after it had passed. (Dkt. Nos. 10 at 2; 11 at 2.)

In light of Plaintiff's *pro se* status and his statements concerning his receipt of this Court's July 9, 2026, order, and in the interest of permitting this action to proceed, the Court will grant Plaintiff's motion. Plaintiff is cautioned, however, that it is his responsibility to ensure his current mailing address is accurately reflected on the docket and that he regularly checks mail sent to that address. Plaintiff is likewise responsible for monitoring the electronic docket for orders, notices, and other filings in this action.

Accordingly, Plaintiff's motion for an extension of time is GRANTED. Plaintiff shall file his amended complaint no later than **October 2, 2026**. Failure to timely file an amended complaint may result in dismissal of this action without prejudice.

The Clerk is directed to re-open the case.

Dated this 2nd day of September, 2026.

David G. Estudillo
United States District Judge